[No. 4692-3-III. Division Three. February 24, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. GLADYS WEISENBURGER, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 4783, James D. Kendall, J., entered July 2, 1981. *Reversed* and *remanded* by unpublished opinion per Munson, A.C.J., concurred in by Green and McInturff, JJ.

[No. 11005-5-I. Division One. February 28, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFF WRIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 81-8-08125-6, Gary M. Little, J., entered October 28, 1981. *Affirmed in part* and *remanded* by unpublished opinion per Durham, A.C.J., concurred in by Williams and Scholfield, JJ.

[No. 11063-2-I. Division One. February 28, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS L. RILEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 81-8-03223-2, Jack Richey, J. Pro Tem., entered October 28, 1981. *Affirmed* by unpublished opinion per Williams, J., concurred in by Ringold and Scholfield, JJ.